IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIL C. GRAYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 12-CV-02665 |
| | ) | |
| CHICAGO POLICE OFFICER JORGE CERDA, STAR NO. 10607; CHICAGO POLICE OFFICER RYAN DELANEY, STAR NO. 4024; CHICAGO POLICE OFFICER SERGIO CORONA, STAR NO. 3331; CHICAGO POLICE OFFICER M. KUSHINER, STAR NO. 15895, CHICAGO POLICE OFFICER W. JOHNSON, STAR NO. 17442; CHICAGO POLICE OFFICER JAVIER ZAMBRANO, STAR NO. 5475, individually and as employees/ Agents of the CITY OF CHICAGO, a municipal Corporation and THE CITY OF CHICAGO, | ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE MAROVICH<br><br>JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND DISCOVERY**

NOW COMES the Plaintiff, JAMIL C. GRAYER, by and through his attorneys, MICHAEL D. ROBBINS & ASSOCIATES and LAW OFFICES OF JEFFREY J. NESLUND, and in support of his agreed motion to extend discovery, Plaintiff states as follows:

1. The discovery cut off in this case is set for June 20, 2013. There has been one prior extension of discovery.

2. The depositions of the Defendant Officers were previously scheduled for February 6, 7, and 11, 2013; then again for March 6, 7 and 8, 2013; and May 14 and 29, 2013. However due to personal reasons, the Defendant Offices were not able to attend their scheduled depositions.

1

3. The Plaintiff's attorneys are scheduled to begin a trial before the Honorable Judge Thomas Durkin in the matter of *Edison Torres v. CPO Jackson, et al.*, case number 11-CV-4498, which will begin on June 3, 2013.

4. Both counsel for the Plaintiff and Defendants were also involved in a weeklong trial before the Honorable Judge Rebecca Pallmeyer in the matter of *Julian Morgan v. City of Chicago, et al.*, case number 10 CV 4138, the week of April 15, 2013.

5. The parties are in agreement that, given counsels' respective schedules, additional time to depose the parties and Plaintiff's witnesses is required.

6. This request is not made to delay the proceedings; rather it is made in the interest of justice and so as to afford the parties effective representation.

7. The undersigned has conferred with counsel for Defendants and has been advised that they agree to this Motion to Extend Discovery.

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests this Honorable court for entry of an order extending the discovery for 90 days, to and including September 18, 2013.

                                                Respectfully submitted,
                                                /s/ Jeffrey J. Neslund
                                                Jeffrey J. Neslund
                                                One of the Attorneys for Plaintiff

Michael D. Robbins
Michael D. Robbins & Associates
20 N. Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 899-8000

Jeffrey J. Neslund
Law Offices of Jeffrey J. Neslund
20 N. Wacker Drive, Suite 3710
Chicago, Illinois 60606
(312) 223-1100